UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. DUMKE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHSIDE REALTY INVESTMENTS, LLC,<br><br>　　　　　　　　　　　Defendant.<br><br>SOUTHSIDE REALTY INVESTMENTS, LLC,<br><br>　　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>ANDREW B. DUMKE,<br><br>　　　　　　　　　　　Counter Defendant. | Case No.: 20cv935-GPC-LL<br><br>**ORDER**<br>**(1) CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE; AND**<br><br>**(2) RESETTING TIME** |

Due to a conflict in the Court's calendar, the Court hereby **RESETS** the time for the Mandatory Settlement Conference ("MSC") currently set for November 17, 2021 at 9:30 a.m. to **November 17, 2021** at **10:00 a.m.** The Court also finds it appropriate to convert the MSC to a Zoom video conference.

Accordingly, it is hereby **ORDERED:**

1

a. The Court will use its official Zoom video conferencing account to hold the settlement conference. The Zoom software is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app (Zoom Cloud Meetings).[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the settlement conference.[2] There is a cost-free option for creating a Zoom account.

b. Prior to the start of the settlement conference, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the settlement conference begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the settlement conference to ensure that the settlement conference begins promptly at **10:00 a.m. PST. The Zoom email invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.**

4. The Court will begin the settlement conference with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout

---

[1] Participants should use a device with a camera to fully participate in the video conference. Participants should also use a device with a reliable internet connection.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started .

Rooms.[3] In a Breakout Room, the Court will be able to communicate privately with participants from a single party. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

     5.     No later than **November 9, 2021**, unrepresented parties and counsel for each party shall send a participants statement to the Court at efile_Lopez@casd.uscourts.gov.[4] **These statements shall not be filed or served on opposing counsel.** The statements must contain the following:

     i.     The **name and title of each MSC participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation;

     ii.     An **email address for each MSC participant** to receive the Zoom video conference invitation;

     iii.     A **single telephone number where all MSC participants for that party** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference. Counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached.

     6.     All participants shall display the same level of professionalism during the settlement conference and be prepared to devote their full attention to the settlement conference as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

[4] The participants' information may be included in the parties' confidential MSC statements.

in or that a charging cable is readily available during the video conference. Participants should also participate in the conference in a location that allows for privacy and does not contain background noise that will disrupt the conference.

All other requirements and deadlines shall remain as previously set. See ECF Nos. 18, 34.

**IT IS SO ORDERED**.

Dated: October 4, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge